IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| PINKIE LYLES | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-1648 |
| TEXAS ALCOHOL BEVERAGE COMMISSION | § § § | |

## O R D E R

On February 6, 2009, Plaintiff, Pinkie E. Lyles, filed a "First Amended Complaint." On February 23, 2009, the Defendant, Texas Alcohol Beverage Commission, filed its "Motion to Strike Plaintiff's First Amended Complaint" alleging that the Amended Complaint was filed without its consent and without leave of court as required by Rule 15(a) of the Federal Rules of Civil Procedure.

TABC's Motion appears meritorious, cf. United States Ex Rel. Mathews v. Healthsouth Corp., 332 F.2d 293, 296-7 (5th Cir. 2003); however, since Lyles is before the Court *pro se* it is **ORDERED** that she **SHALL** file a response to the Motion to Strike no later than **March 13, 2009**.

**DONE** at Galveston, Texas, this ____3rd____ day of March, 2009.

John R. Froeschner
United States Magistrate Judge